**MEMO ENDORSED**

# O'REILLY & SHAW, L.L.C.
## ATTORNEYS AT LAW

FRANCIS L. O'REILLY
JANE FORD SHAW
JUSTIN PUGH

41 UNQUOWA PLACE
FAIRFIELD, CT 06824
TEL: (203) 319-0707
FAX: (203) 319-0128

January 6, 2021

Honorable Nelson S. Roman
United States District Judge
300 Quarropas Street
White Plains. NY 10601

Re:   United States v. Kayla Taylor DK#20cr446(NSR)-02

Dear Judge Roman:

> Deft. Taylor's request for a modification of her conditions of release to permit her to leave her home on Monday's, Wednesday's, Friday's and Saturday's from 10:00 am to 1:00 pm for child related activities only is granted without objection by the Gov't or the Pretrial Services Officer. All other conditions remain in effect. Clerk of Court requested to terminate the motion (doc. 26).
> Dated: Jan. 6, 2021
>
> SO ORDERED:
>
> HON. NELSON S. ROMAN
> UNITED STATES DISTRICT JUDGE

The undersigned counsel for the defendant, Kayla Taylor, respectfully requests an Order from the Court modifying her conditions of release. On July 15, 2020, Ms. Taylor was arrested for Hobbs Act Robbery and released the same day to home confinement, and since her release she has been in full compliance with her conditions of release. Additionally, at the time of Ms. Taylor's arrest she was five months pregnant. On November 25, 2020, Ms. Taylor gave birth to a healthy baby girl. The undersigned is requesting a modification of Ms. Taylor's conditions of home confinement to permit her to leave her home for child related activities only, on Monday's, Wednesday's, Friday's and Saturday's, from 10:00am to 1:00pm. During these time periods, Ms. Taylor will also comply with all applicable public health laws, orders, and guidance from federal, state and local authorities related to the Covid-19 pandemic. All of her other conditions of release will remain in effect. The requested modification will permit Ms. Taylor to take the child for walks and also permit Ms. Taylor to take care of child related errands. I have contacted Assistant United States Attorney Nicholas Bradley and he has no objection to this request, and I have contacted Vincent Adams, Ms. Taylor's Pretrial Officer, and he has no objection to the requested modification

Wherefore, the undersigned respectfully requests the Honorable Court grant this request and modify Ms. Taylor's conditions of release to permit her to leave her home on Monday's, Wednesday's, Friday's and Saturday's from 10:00am to 1:00pm for child related activities only and during these time periods she will comply with all applicable public health laws, orders, and guidance from federal, state, and local authorities related to the Covid-19 pandemic. All other conditions of her pretrial release will remain in effect.

Very truly yours,

Francis L. O'Reilly

cc:   Nicholas Bradley, AUSA

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/6/2021

www.oreillyandshaw.com