MEMO ENDORSED

# O'REILLY & SHAW, L.L.C.
## ATTORNEYS AT LAW

FRANCIS L. O'REILLY
JANE FORD SHAW
JUSTIN PUGH

41 UNQUOWA PLACE
FAIRFIELD, CT 06824
TEL: (203) 319-0707
FAX: (203) 319-0128

January 30, 2021

Honorable Nelson S. Roman
United States District Court
300 Quarropas Street
White Plains, NY 10601

Re: United States v Kayla Taylor, DK# 20CR446 -02

Dear Judge Roman:

Please accept this letter as a request to modify Ms. Taylor's conditions of release to allow her to attend an Orientation Program at Rockland BOCES Adult Education, Wednesday, February 3, 2021, at 1:30pm. The program is approximately two and one half hours in duration. As your Honor Knows Ms. Taylor was arrested this past July and released on the condition of home confinement. On January 7, 2021, your honor modified her conditions of release to allow her to leave her home for three hours on Monday's, Wednesday's, Friday's and Saturday's to allow her to attend to her newborn child's needs. The current request for the modification is to allow her to take an entrance exam for a Licensed Practical Nurse program run by BOCES. This request for a modification is not a request for her to attend the BOCES's program itself, rather, it is just a request to allow her to attend the orientation necessary to take the entrance/placement exam.

Any further request will be made in writing to the Court. <u>I have contacted Assistant United States Attorney Nicholas Bradley and he has no objection to this request and I have contacted Ms. Taylor's Pretrial Officer, Vincent Adams, and he also has no objection to this request.</u> Therefore, <u>for all of the above reasons the undersigned respectfully request a modification of Ms. Taylor's conditions of release to allow her to attend the Orientation program at Rockland BOCES on February 3, 2021, from 1:00pm p.m. to 4:30 p.m.</u>

Very truly yours,

*[signature]*

Francis L. O'Reilly

cc: Nicholas Bradley, Esq., AUSA

www.oreillyandshaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/1/2021

Deft's request for a temporary bail modification as outlined above is granted without objection from both the U.S. Probation Officer and the Gov't. Clerk of Court requested to terminate the motion (doc. 32).
Dated Feb. 1, 2021

SO ORDERED:

*[signature]*

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE