UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA

        -against-

KAYLA TAYLOR,

                         Defendant.
------------------------------------------------------------X

                                                  **MEMORANDUM**

                                                  20 Cr. 446 (NSR)

TO:    NELSON S. ROMÁN, UNITED STATES DISTRICT JUDGE

       Please find attached a transcript of the January 28, 2022 plea allocution over which I presided, setting forth my Report and Recommendation to you. Please let me know if I can be of further assistance.

Dated:  March 21, 2022
           White Plains, New York

                                                  Respectfully submitted,

                                                  _____
                                                  ANDREW E. KRAUSE
                                                  United States Magistrate Judge

March 21, 2022

      This transcript represents my Report and Recommendation to the Honorable Nelson S. Román, United States District Judge.

**SO ORDERED.**

_____
ANDREW E. KRAUSE
United States Magistrate Judge